# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KATHRYN A. RECKLEY, | : | |
| Plaintiff, | : | Case No. 3:05cv00249 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| CITY OF SPRINGFIELD, OHIO, et al., | : | |
| | : | |
| Defendants. | | |
| | : | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

At the conclusion of mediation on July 23, 2012, the parties in this matter entered into a settlement agreement. IT IS THEREFORE ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

July 24, 2012

                                                         s/ Sharon L. Ovington
                                                         Sharon L. Ovington
                                                 United States Magistrate Judge